Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue,
Lubbock, TX 79424
(806) 748-1980 Phone
(806) 748-1956 Fax

**FILED**

NOV 16 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DONALD JOHN MAWSON

CASE NO: 07-70345-HDH-13
HEARING DATE: 11/18/2009
HEARING TIME: 11:00 AM

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss Case with Prejudice in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2007-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $200.00 per month beginning 9/15/2007. The total amount paid to the Trustee is $6,696.00 and the total amount in arrears is $400.00 through October 2009. Certified funds must be delivered to the following address to cure this default:

Standing Chapter 13 Trustee
PO Box 94210
Lubbock, TX 79424

This motion is filed with prejudice due to prior case filings.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed with prejudice per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey

Walter O'Cheskey
Chapter 13 Trustee

Dear Sir:

Please hurry to convert before dismissed. I'm on SSD 986.00 + 63. Food Stamps.

Thank you,

Donald J Mawson

Pro-Se Debtor now